APPEAL NO. 24-143

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

_____

E.D.
Plaintiff – Appellee,

v.

Mario Bandes,
Defendant – Appellant.

_____

On Appeal from the United States District Court
For the Northern District of California
Honorable Sallie Kim, Presiding
District Court No. 3:20-cv-03014 SK

_____

**JOINT STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42**

THOMAS L. GEIGER
County Counsel
D. CAMERON BAKER
SEAN M. RODRIQUEZ
Deputies County Counsel
1025 Escobar Street, Third Floor
Martinez, CA 94553
Telephone: (925) 655-2280
Facsimile: (925) 655-2266

Attorneys for Defendant-Appellant
Mario Bandes

The parties have reached a settlement agreement. The parties therefore respectfully request that this Court dismiss this appeal under Federal Rule of Appellate Procedure 42 with each side to bear its own costs.

Date: November 14, 2024  THOMAS L. GEIGER
County Counsel

By: *s/ D. Cameron Baker*
D. Cameron Baker
Sean m. Rodriquez
Deputies County Counsel

*Attorneys for Appellant*
Mario Bandes

Date: November 14, 2024  TAMOR & TAMOR

By: *s/ Richard Tamor*
Richard Tamor

*Attorneys for Respondent*
E.D.

1